# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DIONNE MAGBY, on behalf of herself and others similarly situated,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CONTRACT TRANSPORT SERVICES, INC.** )<br>)<br>Defendant. ) | CASE NO. 1:19-cv-02857<br><br>JUDGE SOLOMON OLIVER, JR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dionne Magby hereby dismisses this action without prejudice to refiling.

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
3/11/2020

Respectfully submitted,

**NILGES DRAHER LLC**

/s/ Jeffrey J. Moyle
Jeffrey J. Moyle (0084854)
614 W. Superior Ave., Suite 1148
Cleveland, OH 44113
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: jmoyle@ohlaborlaw.com

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com
   sdraher@ohlaborlaw.com

*Counsel for Plaintiff*